

## NUMBER 13-10-00276-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

FIDENCIO FLORES, JR.,                                              APPELLANT,

v.

MELDEN AND HUNT,                                                  APPELLEE.

### On Appeal from the 92nd District Court
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Justices Garza, Vela, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Fidencio Flores, Jr., perfected an appeal from a judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause number C-596-09-A. On February 14, 2011, the appeal was abated to allow the parties an opportunity to enter into a settlement agreement. This appeal is hereby REINSTATED.

Appellant has filed an unopposed motion to dismiss the appeal on grounds that he believes the parties have reached an agreement to settle and compromise their differences.   Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
24th day of March, 2011.

2